ORIGINAL

FILED
AUG 1 6 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PHOENIX INDUSTRIAL CONTRACTORS, INC.

Plaintiffs,

v.

THE UNITED STATES OF AMERICA

Defendant.

Civil Action No.: 07-611 C

**RULE 7.1 DISCLOSURE**

Pursuant to RCFC Rule 7.1, Plaintiff Phoenix Industrial Contractors, Inc. by counsel hereby states that it has no parent corporation nor is it a publicly held corporation.

Dated: August 16, 2007

/s Douglas L. Patin
DOUGLAS L. PATIN
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, NW, 12th Floor
Washington, D.C. 20036
(202) 393-8241
(202) 719-8341

Counsel for Plaintiff
PHOENIX INDUSTRIAL
CONTRACTORS, INC.