IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHOENIX INDUSTRIAL CONTRACTORS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-611C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF’S MOTION TO TRANSFER PURSUANT TO 41 U.S.C. §609(D)

Defendant, the United States, in the interest of justice, does not oppose plaintiff’s request to transfer this case to the Civilian Board of Contract Appeals.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

S/ Michael Austin
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

September 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2007, a copy of the foregoing "DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO TRANSFER PURSUANT TO 41 U.S.C. §609(D)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin