# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **PHOENIX INDUSTRIAL CONTRACTORS, INC.,** | |
| **Plaintiff,** | **No. 07-611C** |
| **v.** | **Filed: October 23, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Friday, November 2, 2007, at 12:30 p.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Patin at (202) 719-8213, and Mr. Austin at (202) 616-0321.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**