# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **PHOENIX INDUSTRIAL CONTRACTORS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 07-611C**<br>**Filed: November 1, 2007** |

* * * * * * * * * * * * * * * * * *

**O R D E R**

As previously discussed with the parties , the court **RESCHEDULES** the status conference from November 2, 2007, to **Friday, November 9, 2007, at 12:30 p.m. EST,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Patin at (202) 719-8241, Mr. Austin at (202) 616-0321 and Mr. Epstein at (617) 558-1922.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**