# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**PHOENIX INDUSTRIAL CONTRACTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 07-611C**
**Filed: November 12, 2007**

## O R D E R

The court is in receipt of the plaintiff's motion to transfer the above-captioned case to the Civilian Board of Contract Appeals (CBCA), pursuant to 41 U.S.C. § 609(d) (2000), and defendant's September 26, 2007 response, indicating that the government does not oppose the request. The court held a status conference on November 9, 2007, with the parties, including agency counsel, appearing by telephone. Plaintiff had filed two claims, CBCA nos. 680 and 681, before the Civilian Board on March 19, 2007, and subsequently, on August 16, 2007, filed a complaint in this court. Now satisfied that jurisdiction is accepted by the Civilian Board, at the November 9, 2007 status conference with this court, plaintiff reiterated its request to pursue its initially filed claims before the Civilian Board and to dismiss the case in this court, with prejudice. The defendant did not oppose the request. The court, therefore, directs the clerk's office to **DISMISS**, with prejudice, the plaintiff's complaint.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**