# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**PHOENIX INDUSTRIAL CONTRACTORS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-611C**
**Filed: December 11, 2007**

## O R D E R

On November 12, 2007, the court issued an order dismissing the above-captioned case, with prejudice. Judgment subsequently was entered on November 16, 2007. The dismissal was based on the plaintiff's having filed the same claims which are before this court, earlier with the Civilian Board of Contract Appeals. The dismissal also was based on this court's understanding at a November 9, 2007 status conference that the plaintiff's jurisdictional concerns vis-a-vis the Civilian Board had been resolved. Under these facts and circumstances, the court did not transfer the plaintiff's claims to the Civilian Board of Contract Appeals, inasmuch as they were already there.

Plaintiff, however, now has filed a December 7, 2007 request to modify the court's prior action, and to transfer the case to the Civilian Board of Contract Appeals. Though plaintiff does not anticipate a jurisdictional problem at the Civilian Board, in an abundance of caution, plaintiff requests, and defendant does not oppose, transfer of the above-captioned case to the Civilian Board. The court, therefore, directs the clerk's office to **VACATE** the November 16, 2007 judgment, to **TRANSFER** the above-captioned case to the Civilian Board of Contract Appeals, and to re-enter **JUDGMENT** dismissing the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**