United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 16, 2008

Stephen M. Daniels, Chairman
Civilian Board of Contract Appeals
1800 F Street, NW
Washington, DC 20405

*Re:* *Phoenix Industrial Contractors, Inc. v. The United States,*
*No. 07-611 C*

Dear Mr. Daniels:

Pursuant to the Order of this court filed on December 11, 2007, the above captioned case has been transferred to the Civilian Board of Contract Appeals. Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Marian B. Horn
Douglas L. Patin, Esquire
Michael D. Austin, Esquire